Order issued December 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01595-CV

## IN RE GARY C. EVANS, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15818**

# ORDER

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus,

his emergency motion for temporary relief, and his emergency motion to expedite. We **ORDER** that

relator bear the costs of this original proceeding.


_____
ROBERT M. FILLMORE
JUSTICE